# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-1414

_____

Dananai A. McCarthy,                     *

                                      *

            Appellant,          *

                                        *   Appeal from the United States

   v.                            *   District Court for the

                                        *   Western District of Arkansas.

Captain Patrey; Lt. Carter; Sheriff   *

Ferguson; Nurse Sue McDonald,    *   [UNPUBLISHED]

                                        *

            Appellees.         *

_____

Submitted:  December 30, 2008
Filed:   January 16, 2009

_____

Before MURPHY, BYE, and BENTON, Circuit Judges.

_____

PER CURIAM.

Dananai A. McCarthy appeals following the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action.  McCarthy has provided no basis for overturning the district court's well-reasoned opinion, and we find none.  See Popoalii v. Corr. Med. Servs., 512 F.3d 488, 499 (8th Cir. 2008) (de novo review). Accordingly, we affirm.  See 8th Cir. R. 47B.

_____

[1]The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas.